UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                          )      CASE NO. 15-10610
                                                )
Thomas Edgar Sellers                            )
Brenda Jean Sellers                             )      CHAPTER 13

## CHAPTER 13 PLAN

I. The future earnings of debtor are submitted to the supervision and control of the trustee, and debtor shall pay to the trustee the sum of $1,220.00 per month for 60 months by a wage withholding order.

II. From the payments so received, the trustee shall make disbursements as follows:

1. All allowed priority claims entitled to priority under 11 USC 507 shall be paid in full during the plan. All allowed administrative claims shall be paid in full. Trustee's fees shall be paid according to statute. The debtors have paid $25.00 directly to their attorney prior to filing. The Trustee will pay said attorney $3,975.00 for a total of $4,000.00.

2. After the above payments, secured creditors whose claims are duly proved and allowed shall be treated as follows:

    (i) Bank Of American Home Mortgage has a security interest in debtor's house and will be paid according to the contract through the plan. Further, the allowed arrearage shall be paid through the plan with no interest. Upon completion of the plan, debtor shall resume payments according to the terms of the contract.

    (ii) DeKalb County Treasurer has an interest in debtor's residence. Arrears will be paid at 8% interest. Ongoing taxes will be paid by the mortgage company as it is escrowed into the mortgage payment.

    (iii) GM Financial has a security interest in Debtors' 2005 Pontiac Montana and will be paid in full through the plan according to their allowed proof of claim of 7.0% interest from the date of confirmation. Upon completion of the plan, debtor will retain car free and clear of any liens and creditor shall return title to debtors.

    3.    Non-administrative priority claims shall be paid after administrative and secured claims have been paid in full.

    4.    All funds remaining after payments are made above shall be paid to unsecured creditors in full pursuant to their allowed proof of claims.

III.    **Debtor has no executory contracts.**

IV.    All property shall remain property of the estate until dismissal or discharge. The debtor shall remain in possession of all property of the estate during the pendency of this case unless specifically provided herein [11 USC §1306(b)]. All secured creditors shall retain the liens securing their claims unless otherwise stated.

V.    Debtor will turn over tax returns each year of the plan.

Dated: 3-11-15

_Thomas Edgar Sellers_
Thomas Edgar Sellers

_Brenda Jean Sellers_
Brenda Jean Sellers

Acceptance may be mailed to:

Sarah Wehrwein 31127-02
Glaser & Ebbs
132 E. Berry Street
Fort Wayne, IN 46802
Counsel For Debtor